MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
WILLIAM H. POHLE JR., ESQ. #43043
UNION PACIFIC RAILROAD COMPANY
Law Department
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747-7101

Phone:  (916) 789-6400
Fax:      (916) 789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VAN WINKLE,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNION PACIFIC RAILROAD CO., et al.,<br><br>             Defendant.<br>_____<br>_____/ | Case No: CIV-S-02-1657 LKK/GGH<br><br>**VOLUNTARY DISMISSAL BY**<br>   **STIPULATION AND ORDER THEREIN** |

   Plaintiff THOMAS VAN WINKLE and defendant UNION PACIFIC RAILROAD CO. by and through its attorney, William H. Pohle Jr., Esq., hereby stipulate that the above-entitled action may be dismissed with prejudice.

Dated: July 1, 2005

                                                            By  /s/ Thomas Van Winkle          (original
                                                                 signature retained by attorney William H.
                                                                 Pohle Jr.)
                                                                 THOMAS VAN WINKLE
                                                                 In Pro Persona

-1-
**Voluntary Dismissal by Stipulation and Order Thereon**

1  Dated:  July 1, 2005

2                                                      By  /s/ William H. Pohle Jr.
3                                                         WILLIAM H. POHLE JR., ESQ.
                                                          Attorney for Defendant
4                                                         UNION PACIFIC RAILROAD COMPANY

5                                         -ooOoo-

6       Pursuant to stipulation, the above-captioned case is DISMISSED with prejudice.

7  IT IS SO ORDERED.

8  Dated: July 13, 2005
                                                          /s/Lawrence K. Karlton
9                                                         HONORABLE LAWRENCE K. KARLTON
                                                          UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28